NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PEERLESS INDUSTRIES, INC.,**
*Plaintiff-Cross-Appellant*

**v.**

**CRIMSON AV, LLC,**
*Defendant-Appellant*

**VLADIMIR GLEYZER,**
*Defendant-Appellee*

---

2018-2021, 2019-1332, 2019-1333

---

Appeals from the United States District Court for the Northern District of Illinois in No. 1:11-cv-01768, Judge Joan H. Lefkow.

---

## JUDGMENT

---

JAMES D. DASSO, Foley & Lardner LLP, Chicago, IL, argued for plaintiff-cross-appellant. Also represented by ANDREW GROSS, RICHARD SPENCER MONTEI.

PETER RYNDAK, Johnson & Bell, Ltd., Chicago, IL, argued for defendant-appellant and defendant-appellee. Also represented by AVA LOUISE CAFFARINI; JACQUES M. DULIN,

Innovation Law Group, Ltd., Sequim, WA; MILES SUKOVIC, Sukovic Law Group, a P.C., Northfield, IL.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| June 2, 2020 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |